IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SALVADORE LAMONTE, PRO SE                                                                 PLAINTIFF

v.                                                           CIVIL ACTION NO.: 3:23-cv-559-DPJ-ASH

MEDICAL STAFF, et al.                                                                     DEFENDANTS

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:    Records Department
       Mississippi State Penitentiary
       P.O. Box 880
       Parchman, MS 38738

YOU ARE HEREBY COMMANDED to produce the body of **Salvadore Lamonte, MDOC No. 168503,** in order that he might appear at the omnibus hearing in this matter before the Honorable Andrew S. Harris, United States Magistrate Judge, United States District Court for the Southern District of Mississippi, Thad Cochran United States Courthouse, 501 E. Court Street, Courtroom No. 5D, Jackson, Mississippi, on **Wednesday, August 21, 2024, at 9:00 a.m.** Thereafter the above-named will be returned to the above institution, or to any other facility designated by you, where he might be lawfully incarcerated or be dealt with in accordance with the further orders of the Court.

And have you then and there this Writ.

WITNESS the Honorable Arthur Johnston, Clerk, United States District Court for the Southern District of Mississippi, this the 15th day of August 2024.



Arthur Johnston, Clerk, United States District Court
Southern District of Mississippi

By /s/ _____
Deputy Clerk