UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SALVADORE LAMONTE                                                                                          PLAINTIFF

VERSUS                                                                      CIVIL ACTION NO. 3:23-cv-559-ASH

NURSE NANCEY WALTZER                                                                                  DEFENDANT

JUDGMENT

For the reasons stated in the Order entered this date, the Court grants the summary-judgment motion [36] and dismisses all of Plaintiff's claims without prejudice. This action is dismissed.

SO ORDERED AND ADJUDGED, this the 3rd day of March, 2025.

                                                 *s/ Andrew S. Harris*
                                            UNITED STATES MAGISTRATE JUDGE